| | |
|---|---|
| 1 | ALBERT P. BALLOG, JR., Bar No.: 103627 |
| 2 | BRIAN L. WILLIAMS, Bar No.: 227948 |
|   | MICHAEL S. VASIN, Bar No.: 227945 |
| 3 | **SULLIVAN & BALLOG, LLP** |
|   | 400 North Tustin Avenue, Suite 475 |
| 4 | Santa Ana, California 92705 |
|   | Telephone:  (714) 541-2121 |
| 5 | Facsimile:   (714) 541-2120 |
|   | apb@sullivanballog.com |
| 6 | msv@sullivanballog.com |

Attorneys for Defendants
COUNTY OF ORANGE (also erroneously served as
ORANGE COUNTY SHERIFF'S DEPARTMENT);
DEPUTY SHERIFF MOLDENHAUER; DEPUTY
SHERIFF HAHN; DEPUTY SHERIFF SGT. G. PEPE;
ORANGE COUNTY SHERIFF'S DEPT. CSO, M.
FOUSTE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DODI EKLUND, | Case No. SACV08-00099 DOC (RNBx) |
| Plaintiff, | The Honorable David O. Carter |
| vs. | **JOINT LIST OF AGREED UPON JURY INSTRUCTIONS AND JURY INSTRUCTIONS ON DISKETTE** |
| COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT; ORANGE COUNTY DEPUTY SHERIFF MOLDENHAUER; ORANGE COUNTY DEPUTY SHERIFF HAHN; ORANGE COUNTY DEPUTY SHERIFF SGT. G. PEPE; ORANGE COUNTY SHERIFF'S DEPT. CSO, M. FOUSTE, and DOES 1 through 10, inclusive, | Trial Date: August 25, 2009 Time: 8:30 a.m. Court: 9D |
| Defendants. | |

1  TO THE HONORABLE DAVID O. CARTER:

2      Defendants COUNTY OF ORANGE (also erroneously served as ORANGE
3  COUNTY SHERIFF'S DEPARTMENT); DEPUTY SHERIFF MOLDENHAUER;
4  DEPUTY SHERIFF HAHN; DEPUTY SHERIFF SGT. G. PEPE and Plaintiff DODI
5  EKLUND respectfully submit the following list of agreed upon jury instructions from
6  the Ninth Circuit Manual of Model Jury Instructions as follows:

| | | | |
|---|---|---|---|
| 1.1C | 1.10 | 2.2 | 3.3 |
| 1.2 | 1.11 | 2.8 | 3.4 |
| 1.3 | 1.12 | 2.10 | 5.5 |
| 1.5 | 1.13 | 2.11 | 5.6 |
| 1.6 | 1.14 | 2.12 | 9.1 |
| 1.7 | 1.18 | 2.13 | 9.2 |
| 1.8 | 1.19 | 3.1 | 9.8 |
| 1.9 | 2.1 | 3.2 | 9.22 |

18      The parties further submit the following list of agreed upon Judicial Council Of
19  California Civil Jury Instructions ("CACI") in connection with Plaintiff's state-law
20  claims as follows:

| | |
|---|---|
| 400 | 1600 |
| 405 | 1602 |
| 430 | 1603 |
| 1301 | 1604 |
| 1305 | |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 18, 2009 | LAW OFFICES OF ANTHONY SESSA |
| 3 | | |
| 4 | | By:   /s/ Anthony Sessa
ANTHONY SESSA
Attorneys for Plaintiff,
DODI EKLUND |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | DATED: August 18, 2009 | SULLIVAN & BALLOG, LLP |
| 9 | | |
| 10 | | By:   /s/  Albert P. Ballog, Jr.
ALBERT P. BALLOG, JR.
BRIAN L. WILLIAMS
MICHAEL S. VASIN
Attorneys for Defendants,
COUNTY OF ORANGE; DEPUTY
SHERIFF MOLDENHAUER; DEPUTY
SHERIFF HAHN; DEPUTY SHERIFF
SGT. G. PEPE; ORANGE COUNTY
SHERIFF'S DEPT. CSO, M. FOUSTE |