1  ALBERT P. BALLOG, JR., Bar No.: 103627
   BRIAN L. WILLIAMS, Bar No.: 227948
2  MICHAEL S. VASIN, Bar No.: 227945
   **SULLIVAN & BALLOG, LLP**
3  400 North Tustin Avenue, Suite 475
   Santa Ana, California 92705
4  Telephone:  (714) 541-2121
   Facsimile:   (714) 541-2120
5  apb@sullivanballog.com
   msv@sullivanballog.com
6
   Attorneys for Defendants
7  COUNTY OF ORANGE (also erroneously served as
   ORANGE COUNTY SHERIFF'S DEPARTMENT);
8  DEPUTY SHERIFF MOLDENHAUER; DEPUTY
   SHERIFF HAHN; DEPUTY SHERIFF SGT. G. PEPE;
9  ORANGE COUNTY SHERIFF'S DEPT. CSO, M.
   FOUSTE
10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  DODI EKLUND,                        )  Case No.  SACV08-00099 DOC (RNBx)
                                        )
14                                      )  The Honorable David O. Carter
                                        )
15            Plaintiff,                )
                                        )
16       vs.                            )  **DEFENDANTS' PROPOSED**
                                        )  **SPECIAL JURY INSTRUCTIONS**
17  COUNTY OF ORANGE, ORANGE            )
    COUNTY SHERIFF'S DEPARTMENT;        )
18  ORANGE COUNTY DEPUTY                )
    SHERIFF MOLDENHAUER;                )
19  ORANGE COUNTY DEPUTY                )
    SHERIFF HAHN; ORANGE COUNTY         )
20  DEPUTY SHERIFF SGT. G. PEPE;        )
    ORANGE COUNTY SHERIFF'S             )  Trial
21  DEPT. CSO, M. FOUSTE, and DOES 1    )  Date:      August 25, 2009
    through 10, inclusive,              )  Time:      8:30 a.m.
22                                      )  Court:     9D
                                        )
23                                      )
              Defendants.               )
24                                      )
                                        )
25  _____    )

26

27

28

1  TO THE HONORABLE DAVID O. CARTER:

2      Defendants COUNTY OF ORANGE (also erroneously served as ORANGE

3  COUNTY SHERIFF'S DEPARTMENT); DEPUTY SHERIFF MOLDENHAUER;

4  DEPUTY SHERIFF HAHN; DEPUTY SHERIFF SGT. G. PEPE respectfully submit

5  the following Special Jury Instructions Nos. 1 to 7 in the above referenced matter.

6

7  DATED: August 18, 2009            SULLIVAN & BALLOG, LLP

8

9                          By:    /s/  Albert P. Ballog, Jr.
                                 ALBERT P. BALLOG, JR.
10                                BRIAN L. WILLIAMS
                                 MICHAEL S. VASIN
11                                Attorneys for Defendants,
                                 COUNTY OF ORANGE; DEPUTY
12                                SHERIFF MOLDENHAUER; DEPUTY
                                 SHERIFF HAHN; DEPUTY SHERIFF
13                                SGT. G. PEPE; ORANGE COUNTY
                                 SHERIFF'S DEPT. CSO, M. FOUSTE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28