ALBERT P. BALLOG, JR., Bar No.: 103627
BRIAN L. WILLIAMS, Bar No.: 227948
MICHAEL S. VASIN, Bar No.: 227945
**SULLIVAN & BALLOG, LLP**
400 North Tustin Avenue, Suite 475
Santa Ana, California 92705
Telephone:  (714) 541-2121
Facsimile:   (714) 541-2120
apb@sullivanballog.com
msv@sullivanballog.com

Attorneys for Defendants
COUNTY OF ORANGE (also erroneously served as ORANGE COUNTY SHERIFF'S DEPARTMENT); DEPUTY SHERIFF MOLDENHAUER; DEPUTY SHERIFF HAHN; DEPUTY SHERIFF SGT. G. PEPE; ORANGE COUNTY SHERIFF'S DEPT. CSO, M. FOUSTE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DODI EKLUND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT; ORANGE COUNTY DEPUTY SHERIFF MOLDENHAUER; ORANGE COUNTY DEPUTY SHERIFF HAHN; ORANGE COUNTY DEPUTY SHERIFF SGT. G. PEPE; ORANGE COUNTY SHERIFF'S DEPT. CSO, M. FOUSTE, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No.  SACV08-00099 DOC (RNBx)<br><br>The Honorable David O. Carter<br><br>**JOINT  LIST OF DISPUTED JURY INSTRUCTIONS**<br><br>Trial<br>Date:　　　August 25, 2009<br>Time:　　　8:30 a.m.<br>Court:　　　9D |

1  TO THE HONORABLE DAVID O. CARTER:

2      Defendants COUNTY OF ORANGE (also erroneously served as ORANGE
3  COUNTY SHERIFF'S DEPARTMENT); DEPUTY SHERIFF MOLDENHAUER;
4  DEPUTY SHERIFF HAHN; DEPUTY SHERIFF SGT. G. PEPE and Plaintiff DODI
5  EKLUND respectfully submit the following list of jury instructions that remain in
6  dispute:

8      1.    Defendants believe that Ninth Circuit Manual of Model Jury Instruction
9          ("MJI") 1.4 should be included. Plaintiff disagrees and does not want
10         this instruction used. A copy of this instruction is attached hereto as
11         Exhibit A.

13     2.    Plaintiff believes MJI 9.3 should be included. Defendants disagree and
14         do not want this instruction used. A copy of this instruction is attached
15         hereto as Exhibit B.

17     3.    MJI 9.22 - The parties agree that this instruction should be included, but
18         disagree with how this instruction should be modified. The two versions
19         proposed by Plaintiff and Defendants are attached hereto as Exhibit C.

21     4.    Judicial Council Of California Civil Jury Instructions ("CACI") No.
22         1305 - The parties agree that this instruction should be included, but
23         disagree with how this instruction should be modified. The two versions
24         proposed by Plaintiff and Defendants are attached hereto as Exhibit D.

26     5.    Damages - Plaintiff believes that CACI 3900 *et seq.* should be used,
27         while Defendants believe that MJI 5.1 *et seq.* should be used. The
28         disputed instructions are attached hereto as Exhibit E.

6. Standard of care - Defendants believe that CACI instruction 600 is the appropriate standard of care for the negligence claim; Plaintiff contends that CACI instruction 401 is the appropriate instruction for the negligence claim. The two instructions are attached hereto as Exhibit F.

DATED: August 18, 2009         LAW OFFICES OF ANTHONY SESSA

                               By:   /s/ Anthony Sessa
                                    ANTHONY SESSA
                                    Attorneys for Plaintiff,
                                    DODI EKLUND


DATED: August 18, 2009         SULLIVAN & BALLOG, LLP


                               By:   /s/  Albert P. Ballog, Jr.
                                    ALBERT P. BALLOG, JR.
                                    BRIAN L. WILLIAMS
                                    MICHAEL S. VASIN
                                    Attorneys for Defendants,
                                    COUNTY OF ORANGE; DEPUTY
                                    SHERIFF MOLDENHAUER; DEPUTY
                                    SHERIFF HAHN; DEPUTY SHERIFF
                                    SGT. G. PEPE; ORANGE COUNTY
                                    SHERIFF'S DEPT. CSO, M. FOUSTE