CACI 3900. Tort Damages - Liability Contested

If you decide that the plaintiff has proven her claims against the defendants, you also must decide how much money will reasonably compensate the plaintiff, Dodi Eklund for the harm.

This compensation is called "damages."

The amount of damages must include an award for each item of harm that was caused by the defendants' wrongful conduct, even if the particular harm could not have been anticipated.

Plaintiff, Dodi Eklund does not have to prove the exact amount of damages that will provide reasonable compensation for the harm. However, you must not speculate or guess in awarding damages.

The following are the specific items of damages claimed by the plaintiff:

    1. Medical expenses, past and future.

    2. Lost earnings and earning capacity, past and future.

    3  Pain and suffering and quality of life.

    4. Mental, physical, and emotional pain and suffering, past and future.

32



## 5.1  DAMAGES—PROOF

It is the duty of the Court to instruct you about the measure of damages. By instructing you on damages, the Court does not mean to suggest for which party your verdict should be rendered.

If you find for the plaintiff, you must determine the plaintiff's damages. The plaintiff has the burden of proving damages by a preponderance of the evidence. Damages means the amount of money that will reasonably and fairly compensate the plaintiff for any injury you find was caused by the defendant. You should consider the mental, physical, and emotional pain and suffering experienced.

It is for you to determine what damages, if any, have been proved.

Your award must be based upon evidence and not upon speculation, guesswork or conjecture.

**5.2 MEASURES OF TYPES OF DAMAGES**

In determining the measure of damages, you should consider:

The nature and extent of the injuries;

The disability, disfigurement, loss of enjoyment of life experienced, and which with reasonable probability, will be experienced in the future;

The mental, physical, emotional pain and suffering experienced, and which with reasonable probability will be experienced in the future;

The reasonable value of necessary medical care, treatment, and services received to the present time;

The reasonable value of necessary medical care, treatment, and services which with reasonable probability will be required in the future;

The reasonable value of wages, earnings, earning capacity, salaries, employment, and employment opportunities, lost to the present time; and,

The reasonable value of wages, earnings, earning capacity, salaries, employment, and employment opportunities, which with reasonable probability, will be lost in the future;


Source: Ninth Circuit Manual of Model Jury Instructions Civil 2007

## 5.3 DAMAGES—MITIGATION

The plaintiff has a duty to use reasonable efforts to mitigate damages. To mitigate means to avoid or reduce damages.

The defendant has the burden of proving by a preponderance of the evidence:

1. that the plaintiff failed to use reasonable efforts to mitigate damages; and

2. the amount by which damages would have been mitigated.