FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2009

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DODI EKLUND,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT; ORANGE COUNTY DEPUTY SHERIFF MOLDENHAUER; ORANGE COUNTY DEPUTY SHERIFF HAHN; ORANGE COUNTY DEPUTY SHERIFF SGT. G. PEPE; ORANGE COUNTY SHERIFF'S DEPT.<br><br>    Defendants. | Case No. SACV08-00099 DOC (RNBx)<br><br>REDACTED<br>**GENERAL VERDICT**<br><br>Trial Date: August 25, 2009 |

We the jury in the above referenced matter find as follows:

///

///

---

1

General Verdict

For each claim, select one of the two options listed.

1. <u>On Plaintiff's claim for Violation of Civil Rights (Excessive Force)</u>:
    (1) \_\_\_\_ We find in favor of Plaintiff and against:
        \_\_\_\_ Deputy Sheriff Moldenhauer
        \_\_\_\_ Deputy Sheriff Hahn
        \_\_\_\_ Deputy Sheriff Sgt. Pepe
    (2) _X_ We find in favor of the defendants and against Plaintiff.

2. <u>On Plaintiff's claim for assault</u>:
    (1) \_\_\_\_ We find in favor of Plaintiff and against:
        \_\_\_\_ Deputy Sheriff Moldenhauer
        \_\_\_\_ Deputy Sheriff Hahn
        \_\_\_\_ Deputy Sheriff Sgt. Pepe
    (2) _X_ We find in favor of the defendants and against Plaintiff.

3. <u>On Plaintiff's claim for battery</u>:
    (1) \_\_\_\_ We find in favor of Plaintiff and against:
        \_\_\_\_ Deputy Sheriff Moldenhauer
        \_\_\_\_ Deputy Sheriff Hahn
        \_\_\_\_ Deputy Sheriff Sgt. Pepe
    (2) _X_ We find in favor of the defendants and against Plaintiff.

4. <u>On Plaintiff's claim for negligence</u>:
    (1) \_\_\_\_ We find in favor of Plaintiff and against:
        \_\_\_\_ Deputy Sheriff Moldenhauer
        \_\_\_\_ Deputy Sheriff Hahn
        \_\_\_\_ Deputy Sheriff Sgt. Pepe
        \_\_\_\_ County of Orange

  (2) __X__ We find in favor of the defendants and against Plaintiff.

5. <u>On Plaintiff's claim for intentional infliction of emotional distress:</u>
  (1) _____ We find in favor of Plaintiff and against:
    _____ Deputy Sheriff Moldenhauer
    _____ Deputy Sheriff Hahn
    _____ Deputy Sheriff Sgt. Pepe
  (2) __X__ We find in favor of the defendants and against Plaintiff.

6. <u>Complete the section below only if you find in favor of Plaintiff on at least one of her claims</u>:

We award Plaintiff the following damages:
  $_____ against Deputy Sheriff Moldenhauer
  $_____ against Deputy Sheriff Hahn
  $_____ against Deputy Sheriff Sgt. Pepe

//

//

//

//

7. <u>Complete the section below only if you find in favor of Plaintiff on her claim for violation of a Civil Right and believe that punitive damages are appropriate against the following individuals.</u>

We award Plaintiff punitive damages against Deputy Moldenhauer in the amount of $_____.

We award Plaintiff punitive damages against Deputy Hahn in the amount of $_____.

We award Plaintiff punitive damages against Sgt. Pepe in the amount of $_____.

Signed: ███████████
Foreperson

Dated: 8/28/09