JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DODI EKLUND, | ) | Case No. SACV08-00099 DOC (RNBx) |
| | ) | |
| | ) | The Honorable David O. Carter |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **[proposed] JUDGMENT FOLLOWING JURY TRIAL** |
| | ) | |
| COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT; ORANGE COUNTY DEPUTY SHERIFF MOLDENHAUER; ORANGE COUNTY DEPUTY SHERIFF HAHN; ORANGE COUNTY DEPUTY SHERIFF SGT. G. PEPE; ORANGE COUNTY SHERIFF'S DEPT. CSO, M. FOUSTE, and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) ) | Trial<br>Date:     August 25, 2009<br>Time:    8:30 a.m.<br>Court:   9D |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

A. **PRETRIAL PROCEEDINGS**

On May 11, 2009, the Court issued an order granting in part Defendants' motion for summary judgment. See Docket No. 40. Dismissed from the action was Plaintiff's second claim alleging constitutional violations by the County of Orange. Also dismissed were Plaintiff's claims against Sergeant Pepe for liability as a supervisor. As noted in the Order, Plaintiff voluntarily dismissed CSO Fouste from the case at oral argument.

B. **TRIAL**

The remainder of this action came on regularly for trial on August 25, 2009 in Courtroom 9D of the United States District Court, the Honorable David O. Carter presiding. Plaintiff Dodi Eklund appeared by Attorney Anthony Sessa. Defendants appeared by Attorney Albert P. Ballog, Jr.

A jury of twelve persons was regularly impaneled and sworn. Witnesses were sworn and testified and exhibits were identified and admitted. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with directions to return a verdict.

The jury deliberated and thereafter returned to Court with its verdict in favor of all Defendants on all claims.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff take nothing and that judgment be entered in favor of Defendants County of Orange, James Moldenhaur, Lawrence Hahn, and Guy Pepe.

**IT IS SO ORDERED.**

DATED: September 30, 2009

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE